# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 15, 2023

### NO.  03-22-00724-CV

**David Henric, Cecilia Walters, and Wilton Cox, Appellants**

**v.**

**Branden Glover and Cavalry Solar Solutions, LLC d/b/a Apollo Energy, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order signed by the trial court on October 25, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order.  Therefore, the Court vacates the injunction, reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion.  Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.